UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LAKAISHA R. GALLAHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:06-CV-326 |
| ) | (Shirley) |
| SOUTHERN TUBE FORM, LLC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT ON DECISION BY THE COURT**

This case came before the Court on the motion for summary judgment filed by the defendants. The Honorable C. Clifford Shirley, Jr., United States Magistrate Judge, having rendered a decision on the defendants' motion,

It is **ORDERED and ADJUDGED**

that the plaintiff Lakaisha R. Gallaher take nothing, that the plaintiff's claims of discrimination be **DISMISSED with prejudice**, that the plaintiff's claim of intentional infliction of emotional distress be **DISMISSED without prejudice**, and that this action be **DISMISSED**.

Dated at Knoxville, Tennessee, this 17th day of September, 2007.

                                                      */s/ Patricia L. McNutt*
                                                      PATRICIA L. McNUTT
                                                      CLERK OF COURT